UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOAN N. MURPHY** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER 06-2140** |
| **STATE FARM FIRE & CASUALTY INSURANCE CO., ET AL.** | * | **SECTION "L"(4)** |

## ORDER

In light of the Court's Order dated June 13, 2006, IT IS ORDERED that the Plaintiff's Motion to Remand (Rec. Doc. 7) is DENIED AS MOOT.

New Orleans, Louisiana, this  28th  day of   June  , 2006.

_____
UNITED STATES DISTRICT JUDGE